1012

Albert Abbe GRISWOLD, John Francis Chevalier, Latite Shingle Corporation, and the Barber Asphalt Company, Plaintiffs-Appellees, v. BUCKLE PROOF SHINGLE CO., Inc., Defendant-Appellant.

Circuit Court of Appeals, Second Circuit. February 18, 1929.

No. 177.

Clair W. Fairbank, of New York City, for appellant.

Henry N. Paul, of Philadelphia, Pa., Julian S. Wooster, of New York City, and Henry N. Paul, Jr., of Philadelphia, Pa., for appellees.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Decree [26 F.(2d) 466] affirmed.

Richard HUSTY v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. December 12, 1928.

No. 5169.

Roman F. Glocheski, of Grand Rapids, Mich., for appellant.

Edw. J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Judgment of District Court affirmed.

Peter KARDOGINIS v. UNITED STATES.

Circuit Court of Appeals, Sixth Circuit. November 7, 1928.

No. 5284.

Roman Glocheski, of Grand Rapids, Mich., for plaintiff in error.

Edward J. Bowman, U. S. Atty., of Grand Rapids, Mich.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for defendant in error.

Annie E. KAVANAUGH, alias, Defendant, Appellant, v. James D. McQUAID, Trustee, Plaintiff, Appellee.

Circuit Court of Appeals, First Circuit. January 14, 1929.

No. 2236.

E. M. Shanley and Benjamin Tannenbaum, both of Boston, Mass., for appellant.

James R. Flanagan, of Boston, Mass., for appellee.

Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. It is ordered that this case be, and the same hereby is, dismissed for want of prosecution.

Edward G. KIRBY, as Receiver of the Zenith Tire & Rubber Co., v. August KADOW.

Circuit Court of Appeals, Sixth Circuit. November 16, 1928.

No. 5288.

Ritter & Brumback, of Toledo, Ohio, for appellant.

Deeds & Cole, of Toledo, Ohio, for appellee.

PER CURIAM. Docketed and dismissed, pursuant to motion of counsel for appellant.